**Motion GRANTED and Order filed January 31, 2020.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-20-00087-CV

————————

**IN RE UBS FINANCIAL SERVICES, INC., DEBRA PELHAM, AND KREG PEARLESS, Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-82010**

---

## ORDER

On January 29, 2020, relators UBS Financial Services Inc., Debra Pelham, and Kreg Pearless filed a petition for writ of mandamus in this court. Relators ask this court to order the Honorable Daryl L. Moore, Judge of the 333rd District Court, in Harris County, Texas, to set aside his order dated January 8, 2020, entered in trial

court number 2019-82010, styled *In re Petition of Deneige Dooley Requesting Deposition before Suit*.

Relators have also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On January 29, 2020, relators asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relators' motion and issue the following order:

We **ORDER** the January 8, 2020 order entered trial court cause number 2019-82010, *In re Petition of Deneige Dooley Requesting Deposition before Suit*, **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

In addition, the court requests Deneige Dooley, real party-in-interest, to file a response to the petition for writ of mandamus on or before **February 14, 2020.** *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Poissant. (Justice Poissant would vote to deny the motion to stay).